# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

| **Office Address** | **Payment Address** |
|---|---|
| Craig Shopneck, Chapter 13 Trustee | Craig Shopneck |
| 200 Public Square, Suite 3860 | Chapter 13 Trustee |
| Cleveland, Ohio 44114-2321 | P.O. Box 593 |
| Tel: (216) 621-4268  Fax: (216) 621-4806 | Memphis, TN 38101-0593 |
| www.13trusteecleveland.com | *Include case number on payment |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period July 01, 2016 through June 30, 2017

Case No: 15-13275-aih          Filed: June 09, 2015

Debtor: AMANDA THOMPSON
38242 WOODSIDE AVENUE

WILLOUGHBY, OH  44094

Attorney: JUSTIN M SMITH          Required Plan Payment: $936.00 MONTHLY
(216) 574-6284

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 19,493.15 |
| Disbursements: | | |
| Principal | 12,238.23 | |
| Interest | 3,227.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 1,020.71 | |
| | | 19,485.94 |
| Funds on Hand: | | 7.21 |
| | | 19,493.15 |



CASE NO: 15-13275-aih  
DEBTOR: AMANDA C THOMPSON

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jul 05, 2016 | 936.00 | Aug 04, 2016 | 936.00 | Sep 06, 2016 | 936.00 | Oct 03, 2016 | 936.00 |
| Nov 07, 2016 | 436.00 | Dec 05, 2016 | 936.00 | Jan 09, 2017 | 736.00 | Feb 06, 2017 | 936.00 |
| Mar 06, 2017 | 936.00 | Apr 04, 2017 | 936.00 | Jun 05, 2017 | 936.00 | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | ALLY BANK | 4497 | Secured | .00 | .00 |
| 002 | QUANTUM3 GROUP LLC | 0718 | Unsecured | .00 | .00 |
| 003 | CAPITAL ONE AUTO FINANCE | 5603 | Unsecured | .00 | .00 |
| 003NA | DALE THOMPSON | | Unsecured | .00 | .00 |
| 003NA1 | ASCENSION CAPITAL GROUP INC | 5603 | Unsecured | .00 | .00 |
| 004 | ALTAIR OH XIII LLC | 0003 | Unsecured | .00 | .00 |
| 004NA | ALTAIR OH XIII LLC | 0003 | Unsecured | .00 | .00 |
| 005 | ALTAIR OH XIII LLC | 3454 | Unsecured | .00 | .00 |
| 005NA | ALTAIR OH XIII LLC | 3454 | Unsecured | .00 | .00 |
| 006 | DEPARTMENT OF THE TREASURY IRS | 0945 | Secured | 2,163.01 | 387.91 |
| 006A | DEPARTMENT OF THE TREASURY IRS | 0945 | Priority | .00 | .00 |
| 006NA | DEPARTMENT OF THE TREASURY IRS | | Unsecured | .00 | .00 |
| 007 | SANTANDER CONSUMER USA INC | 8824 | Secured | 5,398.91 | 1,108.07 |
| 007NA | SANTANDER CONSUMER USA INC | 8824 | Unsecured | .00 | .00 |
| 007NA1 | DALE THOMPSON | | Unsecured | .00 | .00 |
| 008 | OVERLOOK FINANCIAL | | Unsecured | .00 | .00 |
| 009 | QUANTUM3 GROUP LLC | 2570 | Unsecured | .00 | .00 |
| 010 | OHIO ATTORNEY GENERAL | 4334 | Priority | .00 | .00 |
| 010A | OHIO ATTORNEY GENERAL | 4334 | Unsecured | .00 | .00 |
| 010NA | OHIO DEPARTMENT OF TAXATION | | Unsecured | .00 | .00 |
| 010NA1 | CHRISTOPHER J KLYM | | Unsecured | .00 | .00 |
| 799 | JUSTIN M SMITH | | Attorney Fees | .00 | .00 |
| XXXNA1 | SARAH S GRAHAM ESQ | | Unsecured | .00 | .00 |
| | GRACE RECOVERY SVCS | 54N1 | Unsecured | .00 | .00 |
| | LAKE HEALTH | ####0342 | Unsecured | .00 | .00 |
| | LAKEWAY WOODS | 0945 | Unsecured | .00 | .00 |
| | MIDLAND FUNDING LLC | 1109 | Unsecured | .00 | .00 |
| | OHIO NEIGHBORHOOD FINANCE INC | 3881 | Unsecured | .00 | .00 |
| | PYMATUNING VALLEY RESORT | 0945 | Unsecured | .00 | .00 |



CASE NO: 15-13275-aih
DEBTOR: AMANDA C THOMPSON

**DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD**

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | RJM ACQUISITIONS FUNDING LLC | 5256 | Unsecured | .00 | .00 |
| | SEARS | 0945 | Unsecured | .00 | .00 |
| | SEARS/CBSD | 3838 | Unsecured | .00 | .00 |
| | UNIVERSITY HOSPITALS | ####23-1 | Unsecured | .00 | .00 |
| | UNITED COLLECTION BUREAU INC | 2548 | Unsecured | .00 | .00 |
| | US BANK NA | 3455 | Unsecured | .00 | .00 |
| | LAKE HEALTH | 0443 | Unsecured | .00 | .00 |
| | FORD MOTOR CREDIT | 6779 | Unsecured | .00 | .00 |
| | FIRST CREDIT | 6641 | Unsecured | .00 | .00 |
| | FIRST FEDERAL CREDIT CONTROL | 2628 | Unsecured | .00 | .00 |
| | REVENUE GROUP | 5706 | Unsecured | .00 | .00 |
| | DECA FINANCIAL SERVICE | 0708 | Unsecured | .00 | .00 |
| | CHECKSMART | 5657 | Unsecured | .00 | .00 |
| | CASH CALL | 0124 | Unsecured | .00 | .00 |
| | EAGLE LOAN OF OHIO | 0945 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 7,824.47 | 1,791.45 |

Page 3 of 3

638       001100010001490303000

